Case title: USA v. CHAVIS                                   Date Filed: 03/29/2023

Other court case number: 5:18−CR−392−1D EASTERN            Date Terminated: 03/30/2023
                          DISTRICT OF NORTH CAROLINA

Assigned to: MAG/JUDGE JOE L. WEBSTER

**Defendant (1)**

**TERRANCE ODELL CHAVIS**         represented by   **BRIAN MICHAEL AUS**
*TERMINATED: 03/30/2023*                          POB 1345
                                                  DURHAM, NC 27702
                                                  919−666−7690
                                                  Fax: 919−666−6849
                                                  Email: brianauslaw@gmail.com
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  Designation: CJA Appointment

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

RULE 5 ARREST

**Plaintiff**

**USA**                                           represented by

**JACOB D. PRYOR**
U. S. ATTORNEY'S OFFICE – MDNC
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401
336–897–8124
Email: jacob.pryor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2023 | | Arrest (Rule 5) of TERRANCE ODELL CHAVIS (Garrett, Kim) (Entered: 03/30/2023) |
| 03/30/2023 | | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to TERRANCE ODELL CHAVIS held on 3/30/2023. AUSA Jake Pryor. Attorney Brian Aus appointed and present with defendant. Defendant advised of rights and charges, waived hearings in the MDNC and will be transported in custody to the EDNC for further proceedings. Proceedings recorded. (Garrett, Kim) (Entered: 03/30/2023) |
| 03/30/2023 | | Oral Motion Re: Detention by USA as to TERRANCE ODELL CHAVIS. (Garrett, Kim) (Entered: 03/30/2023) |
| 03/30/2023 | 1 | SEALED FINANCIAL AFFIDAVIT by TERRANCE ODELL CHAVIS. (Garrett, Kim) (Entered: 03/30/2023) |
| 03/30/2023 | 2 | ORDER appointing CJA Panel Attorney BRIAN MICHAEL AUS for TERRANCE ODELL CHAVIS. Signed by MAG/JUDGE JOE L. WEBSTER on 3/30/23. (Garrett, Kim) (Entered: 03/30/2023) |
| 03/30/2023 | 3 | WAIVER of Rule 5(c)(3) Hearing by TERRANCE ODELL CHAVIS (Garrett, Kim) (Entered: 03/30/2023) |
| 03/30/2023 | 4 | Commitment Order – Rule 5 as to TERRANCE ODELL CHAVIS. Signed by MAG/JUDGE JOE L. WEBSTER on 3/30/23. (Garrett, Kim) (Entered: 03/30/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:23MJ153-1 |
| ) | |
| TERRANCE ODELL CHAVIS ) | |

**ORDER**

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit, and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice require appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that CJA Panel Attorney Brian Aus is appointed to represent Defendant in this action.

This, the 30th day of March, 2023.

_____
Joe L. Webster
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

FILED MAR 30 2023 Clerk U.S. District Court Greensboro, NC BY_____

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 1:23MJ153-1 |
| TERRANCE ODELL CHAVIS | ) |
| *Defendant* | ) Charging District's Case No. 5:18-CR-392-1D |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*  Eastern District of North Carolina .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4) a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5) a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☐ an identity hearing and production of the judgment, warrant, and warrant application.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☒ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 03/30/2023

*Defendant's signature*

*Signature of defendant's attorney*

Brian Aus
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
## for the
### Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>TERRANCE ODELL CHAVIS<br>_____<br>*Defendant* | )<br>)<br>) Case No. 1:23MJ153-1<br>)<br>) Charging District's<br>) Case No. 5:18-CR-392-1D |

**FILED MAR 3 0 2023 Clerk U.S. District Court Greensboro, NC BY**

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___North Carolina___, *(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 03/30/2023

_____
*Judge's signature*

Joe L. Webster, United States Magistrate Judge
*Printed name and title*